# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JACOB SMITH**                                                                                                    **PLAINTIFF**

**VS.**              **No. 3:21-cv-00201 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
     **Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 1st day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE