IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB SMITH                                                                         PLAINTIFF

v.                          NO. 3:21-cv-201-PSH

KILOLO KIJAKAZI, Acting Commissioner                      DEFENDANT
of the Social Security Administration

### ORDER

Plaintiff Jacob Smith ("Smith") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 16. In the motion, he requests $4,692.65 in attorney's fees and $21.48 in expenses, or a total award of $4,714.13. The Acting Commissioner of the Social Security Administration does not oppose Smith's request.

The Court has reviewed the motion for an award of attorney's fees and other expenses, as well as the documents supporting the motion, and finds nothing unreasonable about Smith's request. The motion is granted, and attorney's fees and expenses in the total amount of $4,714.13 are

awarded to Smith. The Department of Treasury shall issue payment of this award by check made payable to Smith, subject to any offset, in care of his attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

    IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE